IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TECHNO LICENSING, LLC**                                              **PLAINTIFF**

**VS.**                                           **CIVIL ACTION NO. 3:18-cv-581-DPJ-FKB**

**CELLULAR SOUTH, INC. d/b/a C SPIRE,**
**C SPIRE BUSINESS SOLUTIONS, and**
**C SPIRE WIRELESS**                                                    **DEFENDANT**

### UNOPPOSED MOTION FOR EXTENSION
### OF TIME TO SERVE RESPONSIVE PLEADING

Defendant Cellular South, Inc. d/b/a C Spire, C Spire Business Solutions, and C Spire Wireless ("C Spire") requests that it be granted an extension of time until October 26, 2018 to serve its responsive pleading pursuant to Fed. R. Civ. P. 12. Counsel for Plaintiff have advised they do not oppose the requested extension.

**ACCORDINGLY**, C Spire requests that it be granted an extension of time until October 26, 2018 to serve its responsive pleading pursuant to Fed. R. Civ. P. 12.

      Respectfully submitted,

      CELLULAR SOUTH, INC. d/b/a C SPIRE,
      C SPIRE BUSINESS SOLUTIONS, and
      C SPIRE WIRELESS

      By: */s/ M. Patrick McDowell*
          M. Patrick McDowell

OF COUNSEL:

M. Patrick McDowell, MSB No. 9746
Jacob A. Bradley, MSB No. 105541
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
P.O. Drawer 119
Jackson, MS 39201
Telephone: (601) 948-3101
Facsimile: (601) 960-6902
pmcdowell@brunini.com
jbradley@brunini.com

03074079

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2018, I electronically filed the foregoing document with Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ M. Patrick McDowell*
M. Patrick McDowell

03074079